## LLOYD A. SATCHWELL *v.* COMMISSIONER OF CORRECTION

The petitioner Lloyd A. Satchwell's petition for certification for appeal from the Appellate Court, 119 Conn. App. 614 (AC 29453), is denied.

*Joseph Visone,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided April 14, 2010